IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01945-BNB

WILLIAM LONG HALE,
Plaintiff,

v.

CHIEF JUDGE, US Federal District Court, Dist. of Colorado,
Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff initiated this action by filing *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and two complaints, one of which is on the Court's approved complaint form. The instant action is one of eight civil actions initiated by Plaintiff within a span of three days. In an order filed on September 11, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to answer all of the questions on the form motion seeking leave to proceed *in forma pauperis*. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Plaintiff has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 11 order. Therefore, the complaints and the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the complaints and the action are dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on August 29, 2008, is denied as moot.

DATED at Denver, Colorado, this 21 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01945-BNB

William Long Hale
4200 Wis. Ave., N.W., Suite 146
Washington, D.C. 20016

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk